IN RE: Sonat Exploration Co.; Quantum Production Ser. Inc.; Marlin Well Testers Inc.; General Security Prop. & Cas. Co.; Union Pacific Resources Co.; National Union Fire Ins./Pitts; Zurich Insurance Co.; B.J. Guidry Construction Co.; Commercial Underwriters Ins.; Reliance National Ins. Co.; IMTC Inc.; Permian Tank & Manufact. Inc.; Paragon Engineering Serv.; Kimray Inc.; Liberty Mutual Ins. Co.; Production Testing Ser. Inc.; Scottsdale Insurance Co.;—Defendant(s); Applying for Supervisory and/or Remedial Writ; Parish Of Avoyelles 12th Judicial District Court Div. “A” Number 98-5228-A, 98-5230-A, 98-5312-A, 98-5366-A; to the Court of Appeal, Third Circuit, Number CW99-0589
Denied.
VICTORY, J., would grant the writ.
KNOLL, J., not on panel; recused.